UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARLOS BARROS-VILLAHERMOSA ) | |
| ) | |
| ) | |
| v. ) | |
| ) | **Civil No. 06-1491 |
| UNITED STATES OF AMERICA, et al ) | (GZS)(BJM) |
| ) | |
| Defendants ) | |
| ) | |
| ) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 103), filed on May 13, 2008, the Recommended Decision is hereby **AFFIRMED**.

Accordingly, it is also **ORDERED** as follows:

1. The Defendants' Motion Opposing Summons and to Dismiss the Second Amended Complaint is **GRANTED IN PART AND DENIED IN PART.**

2. The United States's Motion to Substitute itself as the proper party defendant for the FTCA claim is **GRANTED.**

3. The FTCA and Article 1802 claims against the federal employee defendants are **DISMISSED**.

4. The Title VII claims against the federal employee defendants are **DISMISSED**.

5. The purported Section 1983 and Bivens claims are **DISMISSED**.

/s/George Z. Singal
Chief U.S. District Court Judge

Dated at Portland, Maine this 24th day of September, 2008.